RECP # 150386    CK # 110

# DIVIDENDS REMITTED TO THE COURT
Check Number 110 Dated 05/31/10
Case Number 09-20022 - GLANTON, CHERITA M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>Warren, MI 48090<br>　(2-1) 19588596 | 000002 | 317.69 | 4.21 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Triad - HFN-AMERITECH, 98<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>　7433 | 000009 | 249.28 | 3.30 |
| ---------- Remittance Total ---------- | | 566.97 | 7.51 |

*[signature]*
DAVIS, STEVEN S., Trustee

FILED 2010 JUN -3 PM 3:11
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND